# Third District Court of Appeal

## State of Florida

Opinion filed February 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1738
Lower Tribunal No. F01-2536B
_____

**Kris M. Reyes,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ramiro C. Areces, Judge.

Kris M. Reyes, in proper person.

James Uthmeier, Attorney General, and Ivy R. Ginsberg, Senior Assistant Attorney General, for appellee.

Before SCALES, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.